UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
**UNITED STATES OF AMERICA**       )
    **Plaintiff,**           )
                                   )
v.                                 )   CASE NO. 18-CR-10468-NMG
                                   )
**ANGELO PINA**                    )
    **Defendant.**           )
_____)

### DEFENDANT ANGELO PINA'S SENTENCING MEMORANDUM

    The Defendant Angelo Pina comes before this court to be sentenced for his limited involvement in the charged drug distribution conspiracy. The defendant, the government and probation are in agreement as to the small amount of drugs attributable to Mr. Pina and that the sentencing guideline range is 15-21 months. Mr. Pina requests a sentence at the low end of that range.

    Mr. Pina has also pled guilty to violating his conditions of supervised release as a result of the instant offense and will be before Judge Casper for sentencing on that charge on September 18, 2019. Mr. Pina understands that his resumption of contact with a known drug dealer immediately upon his release from custody on a prior drug charge is likely to be of as much concern to this court as the charge itself. This court should rest assured that a guideline sentencing in this case plus the additional sentence for the violation will constitute a substantial total sentence that reflects both the underlying criminal conduct and the fact that it was committed so shortly after his release on prior charges.

### I. Offense Conduct

The defendant's involvement with the charged conspiracy was extremely limited. According to the PSR, the charges in the indictment resulted from an investigation over several years into drug distribution and gang violence in Brockton. Mr. Pina's involvement was limited to a period of about a month after his release on prior charges and comprised two occasions on which Mr. Pina introduced a third party to "Djuna" to purchase drugs. While he understands that the conduct was criminal, Mr. Pina notes that he did not receive money or drugs from those transactions and believed he was doing his friend a favor.  Mr. Pina had no involvement in gang activity or violence and was not named in the superseding indictment.

### II. Violation of Supervised Release

The guideline sentence in this case reflects the fact that the offense occurred while the defendant was on supervised release.  Specifically, the defendant received an additional two points in his Criminal History Score for committing the offense while on supervised release. That increased his CHC from III to IV and the guidelines range for this offense from 10-16 months to 15-21 months. Given that the defendant will receive an additional sentence for the violation itself, a guideline sentence in this case will more than amply punish the defendant for committing the instant offense while on supervised release.

### III. Deterrence of future criminal conduct.

With this conviction, the defendant will now have two prior convictions for drug offenses and will face career offender status if convicted of a future offense, greatly increasing a sentence in a future case.  Mr. Pina appreciates the significance of this as some of his co-defendants are facing much longer sentences than he because they are career offenders.

The offense conduct here occurred over a short period of time – two months - just after his release from federal custody. Mr. Pina had secured a warehouse job through a temp agency but had not yet started work. Mr. Pina understands that upon release from custody he cannot resume contact with known drug dealers and must secure legitimate employment.

### III.  Other Issues

The defendant requests that he be kept in the district until his sentencing on the Revocation case, 16-10254-DJC, which is to scheduled for September 18, 2019.

The defendant also requests that he be assigned to a BOP facility as near as possible to the Boston area where his family members reside.

      Respectfully Submitted,

      ANGELO PINA,
      By his attorney,

      /s/ Joan M. Griffin
      Joan M. Griffin (BBO# 549522)
      PO Box 133
      Dublin, NH 03444
      griffin@lawjmg.com
      (617) 283-0954

Date:   August 27, 2019

### CERTIFICATE OF SERVICE

I hereby certify that the above document was served on all parties of record by ECF filing on August 27, 2019.

      /s/ Joan M. Griffin
      Joan M. Griffin