UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 18-10468-NMG |
| ) | |
| 8.   ANGELO PINA, ) | |
|      Defendant ) | |

SENTENCING MEMORANDUM OF THE UNITED STATES

On May 24, 2019, Angelo Pina pleaded guilty to Count One of a multi-count Indictment charging him with conspiracy to possess with intent to distribute cocaine, in violation of Title 21, United States Code, Section 846. The Pre-Sentence Report prepared by the United States Probation Office, dated August 28, 2019 (PSR), concluded that Pina had a total offense level (TOL) of 10, a criminal history category (CHC) of IV, and a guideline sentencing range (GSR) of 15-21 months in prison.

The government respectfully requests that the Court sentence Pina to 21 months in prison, the high end of his applicable guideline range. At Pina's upcoming supervised release revocation hearing, the government will recommend that Pina be sentenced to 15 month in prison from and after the completion of this sentence. For Pina, this would result in a combined sentence of 36 months in prison. Pina deserves every day of that combined sentence.

Pina's Criminal History. At a quick glance, Pina's guideline range in this case suggests he is a low-ranking defendant on a typical multi-defendant wiretap indictment. Pina's modest GSR is not an accurate reflection of the danger he represents. As is set forth in detail in the PSR, in 2016, the Drug Enforcement Administration (DEA) targeted Pina and his then-partner because agents suspected they were responsible for over a dozen fentanyl-related overdose deaths in the Brockton area. Agents used an undercover police officer to purchase heroin / fentanyl from Pina

on five separate occasions. On August 3, 2017, Judge Casper sentenced Pina to 30 months in prison and three years of supervised release. PSR, ¶ 42.[1]

The Investigation into Djuna Goncalves. In 2018, as Pina completed his sentence, agents from Homeland Security Investigations (HSI), DEA, the Massachusetts State Police, and the Brockton Police Department commenced an investigation into a Brockton-based, gang-involved drug trafficking organization led by Djuna Goncalves. Agents determined that the Goncalves drug crew distributed large quantities of heroin, fentanyl, cocaine, cocaine base, and marijuana, often from Djuna's home at 12 Addison Avenue in Brockton.

In early September 2018, agents began intercepting wire and electronic communications to and from Djuna's cellular telephone. On September 16, 2018 – as Pina was completing his federal sentence at a local residential re-entry center[2] – agents intercepted Pina reaching out to Djuna by phone: "I want to holla at you try to hook up with you about something . . . I don't wanna talk on the phone you feel me? . . . On dogs you call me out here I need you." On September 22, 2018, agents intercepted Pina texting Djuna, "Where you wanna link." Djuna responded, "Come by my crib in 30." Pina asked Djuna if he had any "K2" (synthetic marijuana) and told Djuna, "I be at the halfway bored." At approximately 2:10 p.m., agents watched Pina pull up to 12 Addison Avenue in a rental car and walk inside to meet Djuna.

---

[1] This was hardly Pina's first brush with the law. By the time of his first federal conviction, Pina had been convicted of breaking into an apartment building and beating a victim while rummaging through his pockets, and of assaulting and beating his mother during an argument. PSR, ¶¶ 36, 38.

[2] The PSR accurately notes that Pina commenced his term of supervised release on October 5, 2018. PSR, ¶ 42. However, Pina served the last few months of his prison term at Coolidge House. Pina was allowed to leave the center during the day and he used at least part of that time to set up meetings with Djuna Goncalves.

On October 5, 2018, Pina commenced his three-year term of supervised release. Id. On October 14, 2018, agents intercepted a call during which Djuna asked if Pina wanted the "hard" or the "soft," and Pina responded that he wanted the soft because "I still got the shit you gave me." A short time later, agents intercepted Pina tell Djuna, "I'm outside in the front," and Djuna replied, "I'm coming out." Pina asked Djuna if he wanted "us" to pull up into the driveway and Djuna said that he did. Agents observed Djuna walk out of 12 Addison Avenue, get into a car that had just pulled into the driveway, and drive off. Twenty minutes later, the car returned to 12 Addison Avenue and Djuna got out.

During this meeting, Pina and another individual met Djuna at 12 Addison Avenue and purchased cocaine ("soft"). Djuna asked whether Pina's customer also wanted crack cocaine ("hard") but Pina told Djuna that Pina still had leftover crack cocaine from an amount Djuna had previously provided to him. On numerous occasions during this investigation, agents observed Djuna and others take "meaningless" rides around the Addison Avenue neighborhood to complete drug deals outside the view of law enforcement.

On October 16, 2018, agents intercepted a call between Pina and Djuna:

> PINA:    Yeah, they say [unintelligible] wants to grab something bro.
>
> DJUNA:   Why what's he trying to grab?
>
> PINA:    Another 7 or a half.
>
> DJUNA:   Damn no bullshit I only got a thing 3 left unless he wants the 7.
>
> PINA:    3 things.
>
> DJUNA:   Yeah.
>
> PINA:    All right, let me call him and tell him right now.

At approximately 10:12 p.m., Pina texted Djuna, "Yo, we tryin to grab that," and Djuna replied, "Come thru 20 minutes." Djuna asked, "he wants all 3," and Pina responded, "Naw jus 2." At 10:52 p.m., PINA texted Djuna, "we bout to pull up," and Djuna replied, "Come to back grab it." On the pole camera, agents observed a Porsche Carrera pull into the driveway of 12 Addison Avenue. At 10:56 p.m., agents intercepted a call between Pina and Djuna where Pina said, "I'm about to come back there right now" and Djuna complained, "I know just come by yourself dude. Don't come . . . yeah, don't come . . . That's what I'm saying. Make it quick 'cause I'm in the basement."

On the pole camera, agents observed Pina get out of the front passenger seat and walk toward the back of 12 Addison Avenue. A few minutes later, the driver got out of the Porsche and walked in the same direction. At 10:58 p.m., both the driver and Pina got into the Porsche and drove away. PSR, ¶¶ 13-19.

For all practical purposes, the Brockton phase of the investigation concluded on October 21, 2018, when Djuna Goncalves survived an assassination attempt at 12 Addison Avenue. After an as-yet unidentified assailant fired several shots at Djuna in his basement apartment, agents obtained a search warrant for 12 Addison Avenue. Agents seized fentanyl, crack cocaine, powder cocaine, marijuana, digital scales, packaging materials, cellular telephones – including the phone being intercepted by agents – and an arsenal of weapons, including hundreds of rounds of ammunition, a Smith and Wesson handgun, and a loaded AK-47 style assault rifle. After the shooting, agents moved quickly to arrest the remaining Brockton targets, including Pina.

Argument. After he was convicted of a serious federal drug trafficking offense, Pina used his time in a residential re-entry center to re-establish his relationship with Djuna Goncalves, a major Brockton drug supplier. Immediately after he began his term of supervised release, Pina

ordered cocaine from Djuna – twice. But for the fact that an assailant nearly murdered Djuna shortly after these purchases, Pina would have used his connection to Djuna to reconstitute himself as a significant Brockton-area drug trafficker (and he would have been before this Court with a much higher GSR).

While Pina's drug trafficking conduct was significant and dangerous, the speed with which Pina recidivated was truly breathtaking. Pina's sentence must serve general deterrence, specifically deter him, promote respect for the law, and protect the public. See 18 U.S.C. § 3553(a). To accomplish these goals, the government recommends that this Court sentence Pina to a high-end of the guideline sentence of 21 months in prison. The government also serves notice that it will recommend that Pina be sentenced to an additional 15 months in prison for violating his supervised release, for a total combined sentence of 36 months in prison. The government further requests that Pina be placed on supervised release for three years, to commence when Pina completes the custodial portion of this combined sentence.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:   /s/ Christopher Pohl
      Christopher Pohl
      Alathea Porter
      Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 29, 2019.

                                    /s/ Christopher Pohl
                                    Christopher Pohl
                                    Assistant U.S. Attorney